

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00603-CR

Brian Dwayne **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1568-CR-C
Honorable Jessica Crawford, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 25, 2019.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice